# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**DEBRA A. KROSS**                                                                                 **PLAINTIFF**

**VERSUS**                                            **CIVIL ACTION NO: 1:06CV1012 JMR**

**HARRAH'S ENTERTAINMENT, INC.**                       **DEFENDANTS**
**and CAESARS ENTERTAINMENT, INC.**
**GRAND CASINOS OF MISSISSIPPI, INC-BILOXI**

## FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE

This case came on for trial beginning on October 6, 2008 before a qualified jury consisting of seven individuals and counsel for Plaintiff and counsel for the Defendant having announced ready for trial. On October 7, 2008, the jury returned the following verdict, which was announced in open Court:

> "We, the jury, find for the Defendant, Grand Casinos of Mississippi, Inc.-Biloxi."

Accordingly, it is hereby ordered and adjudged that the Plaintiff shall have and recover nothing from the Defendant and that this case is hereby dismissed with prejudice, with costs to be taxed to the Plaintiff.

SO ORDERED, this the 15th day of October, 2008.

                                                                 s/John M. Roper Sr.
                                                                 U.S. MAGISTRATE JUDGE